# Exhibit A

1 L1

# The Commonwealth Of Massachusetts

COMMONWEALTH OF MASSACHUSETTS THE TRIAL COURT

Docket No. 2581CV00136

José Concepción

Plaintiff (Print Name Clearly)

Vs. Eric ElDrid, Debbie Deb. zahui, and United Parcel service company

Defendant(s) (Print Name Clearly)

FILED IN THE OFFICE OF THE CLERK OF COURTS FOR THE COUNTY OF MIDDLESEX

JAN 17 2025

CLERK

**CIVIL COMPLAINT**

**PARTIES**

1) Plaintiffs reside at P.O. Box 232 (Street) Methuen Ma. 01844 (City or Town)

In the County of Essex.

2) Defendants reside at 251 Little falls Dr. (Street) wilmington. Delaware 19808 (City or Town)

In the County of New Castle.

**FACTS/BASIS FOR COMPLAINT**

My name is José Concepción.
on August 23, 2023 the SHift supervisor of the Twilight Debbie Deb. Zahui without measuring consequences told the manager of the first Shift of United Parcel Service a lie verbally accusing me falsely, the next day Eric Eldrid made the decision to remove me from

# The Commonwealth Of Massachusetts

Slander, NIED, And IIED

my work area, without checking wheter or not the accusations of Debbie Deb Zahui were true. Once transferred to Sort 2 I began to feel dissatisfaction in two of my wonds of which United Parcel service company is aware. On my left side I receive treatment for a disability ~~word~~ wound according to a writing Statement from Dr. Rustum from Pain Magament Physician at Merimack valley I recived this woun during working Hours at United Parcel Service in Chelmsford Ma. and the second lap of my left Shoulder of which UPS company has prior knowledge, during the first month of September 2023 my ailments were worsening and my pleas to Eric Eldrid for my relocation to my regular work area for the last 28 years were ignored despite the knowledge of the medical treatment on my left side also the security personnel along with Bill Mozzo Coordinator of United Parcel Service and Jhon the union Steward

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY: [signature]

Signature of Plaintiff

DATED: 01-17-2025

Therefore, I'm demanding tha UPS compensate me $ 378,700 total for all the pain and suffrening caused by the parties above.

informed me in a meeting in the security room that I didnot make anything wrong after checking security cameras I went back to Eric Eldrid's oficce but countinued to ignore. At the end of the thanksgiving weekend, It was when the other coordinator Jhon Mellham told me to return to my regular area sort ,

November 18, 2024

JOSE CONCEPCION

P.O. BOX 232

METHUEN, MASSACHUSETTS 01844

EMAIL: ownyzynow11@gmail.com

978-728-1260

USA

TO: United Parcel Service

90 Brick kiln Rd

Chelmsford, MA 01824

USA

ATT: Eric Eldrid, Debbie Deb, Zahui and United Parcels Services Company

Dear Sir, Madam:

The Undersigned hereby demands that you: To compensate me for 1> Slander 2. NIED, 3. 11ED pain and suffering. On August 23, 2023, Sup. Debbie "Deb" Zahui made a false statement to manager Eric Eldrid the false statement causes the removal from the area of work then I was injured after the facts. Please note that If I must commence legal proceedings to require your performance of actions. This letter will be tendered in court as evidence of your failure to attempt to resolve this matter. Further you may be liable for any court costs, attorney fees and damages, including punitive damages.

You might want to contact a lawyer to discuss your legal rights and responsibilities.

Yours Sincerely

Jose Concepcion

Dateline of 30days from the date on this letter by 6:00 PM, $375,000 into my mailbox address via certificate signature

# Proof of Delivery

- ☐ Served in Hand
- ☒ Served Last and Usual
- ☒ Sent First Class Mail

Signed by the Person Giving Notice

**Massachusetts Constable**
Law Enforcement Service
447 Essex St, Suite 102
Lawrence MA 01841

December 18, 2024

Second Notice of Intent to Sue (FINAL)

Dear: United Parcel Service Company, Chelmsford MA. Debbie, Deb Zahui

Erick Eldrid

This letter serves as a second formal notice of my intent to Pursue legal action against you regarding the false statement made resulting in, IIED, and NIED as previously outlined in my initial notice (Letter of Demand) sent on November 18, 2024.

As a reminder on august 23, 2023 I was removed from the area of my daily duties following the false statement resulting in IIED, and NIED from injury despite my attempts to resolve this matter through communication, I have not received a satisfactory response from you regarding how to compensation me.

Therefore, I'm demanding that you compensate me $ 375,000.00 dollars for all the pain and suffering caused by the parties mentioned above, via mail certificate, signature required to my postal address by January 1, 2025.

Should you fail to comply with this demand by the afore mentioned deadline, I will be forced to initiate legal proceedings against you to seek appropriate relief in court.

Please contact me at (978) 728-1260

Or

Email: ownzynow11@gmail.com

If you wish to discuss this matter further.

Sincerely

Jose L. Concepcion

# Proof of Delivery

I delivered this notice on 12- 20, 2024 as follows: *[check all that apply]*
*Date*

☐ by delivering a copy, in hand personally, to the above named United Parcel Service Company Debbie, Deb Zahul, Erick Elury at 1-UPS. Road, Chelmsford MA. 01824 in the presence of ________.

☒ by leaving a copy, slipped under the dwelling unit entrance door, at the above described premises.

☐ by taping a copy to the dwelling unit entrance door, at the above described premises.

☒ by mailing a copy, first class postage prepaid, to the above named the above described premises.
on 12-20-2024 SENT by first class mail.

[signature]
Signed by person giving notice

Constable Jose Montas
11 Appleton St,
Lawrence MA 01840